

| | |
|---|---|
| 1 | ROBERT HAWKINS #131159<br>CHAPTER 7 TRUSTEE |
| 2 | 1849 NORTH HELM, SUITE 110<br>FRESNO, CALIFORNIA 93727 |
| 3 | (559) 255-0555 |
| 4 | Chapter 7 Trustee |

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | In the Matter of | Case No. 11-10776-A-7F |
| 12 | FAM TR FARRINGTON, | DC No. RHT-1 |
| 14 | | **NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CHAPTER 7 PROCEEDING** |
| 15 | | 11 U.S.C. §109 and §101 |
| 17 | Debtor. | Date:  April 6, 2011<br>Time:  9:00 a.m.<br>Dept:  A |

**TO THE CREDITORS OF THE ABOVE-NAMED DEBTOR AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Robert Hawkins, Trustee of the Bankruptcy estate of the above-named debtor, is moving the Court for an Order dismissing the above-referenced Chapter 7 proceeding, under the terms and conditions set forth in the Trustee's Motion to Dismiss Chapter 7 Proceeding, a copy of which is on file with the Clerk's Office of the above-entitled Court. A hearing to approve said Motion will be held before the Honorable Whitney Rimel, United States Bankruptcy Judge, in Department A, United States Courthouse, 2500 Tulare Street, Fifth Floor, Courtroom 11, Fresno, California, on April 6, 2011, at 9:00 a.m., or as soon thereafter as the matter may be heard.

/ / / / / /

     **NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 9014, any party in interest who objects to said Motion must file a written objection with the Court and serve a copy of the same on the attorney for the Trustee at the address set forth above not less than fourteen (14) court days prior to the hearing set forth herein. Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the Court may resolve the matter without oral argument.

     **DATED**: MARCH 8, 2011

                                                       /S/
                                 ROBERT HAWKINS,
                                  Chapter 7 Trustee