**FILED**

March 09, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003333756

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-10776-A-7F<br>DC No. RHT-1 |
| FAM TR FARRINGTON, | **DECLARATION OF ROBERT HAWKINS IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CHAPTER 7 PROCEEDING**<br>(11 U.S.C. §109 and §101) |
| Debtor. / | Date: April 6, 2011<br>Time: 9:00 a.m.<br>Dept: A |

I, Robert Hawkins, do declare as follows:

1.    I am the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2.    I duly conducted the §341 Meeting of Creditors in this case on March 3, 2011 at 11:00 a.m. at which time I confirmed that the debtor is a revocable trust.

3.    I am moving for dismissal of the above proceeding on the grounds that the petitioner is not a debtor pursuant to 11 U.S.C. Section 109 which states, in part, that "only a person that resides or has a domicile, a place of business or property in the United States, or a municipality, may be a debtor" under Title 11.  Further, 11 U.S.C. Section 101 defines a person as an individual, partnership, and corporation.  The petitioner states on the face of the petition that it is a revocable trust.  A true and correct copy of the petition cover sheet is attached hereto as Exhibit "A."

///////

1      4.     My review of the schedules indicates that the only asset is a residence, and there are

2   no creditors scheduled other than the mortgage creditor.  I am of the opinion that this Chapter 7

3   proceeding was filed in bad faith with the sole purpose of forestalling a foreclosure of the scheduled

4   residence.

5      I declare under penalty of perjury under the laws of the United States of America that the

6   foregoing is a true and correct statement of fact to the best of my knowledge.

7   **DATED**:      MAR - 8 2011

8                                                          ROBERT HAWKINS,
9                                                          Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2

B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of California, Sacramento Division | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Farrington Fam Tr,** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names) | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)  27-7034645 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**50070 Hidden Falls Rd**<br><br>Oakhurst, CA            93644 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>Madera | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
See Exhibit D on page 2 of this form
☐ Corporation (includes LLC and LLP)
☐ Partnership
☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

Revocable Trust

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7          ☐ Chapter 15 Petition for
☐ Chapter 9              Recognition of a Foreign
☐ Chapter 11             Main Proceeding
☐ Chapter 12          ☐ Chapter 15 Petition for
☐ Chapter 13             Recognition of a Foreign
                         Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owned to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

11:00

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

EXHIBIT A

2011-10776
FILED
January 24, 2011
4:03 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003230899