FILED
March 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003365616

**2**

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>FARRINGTON FAMILY TRUST,<br><br><br><br>Debtor. | Case No. 11-10776-A-7<br>Chapter 7<br><br>DC No. UST-1<br><br>Date: April 6, 2011<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>   2500 Tulare Street, Fifth Floor<br>   Courtroom 11<br>   Fresno, California<br>Judge: Whitney Rimel |

**NOTICE OF UNITED STATES TRUSTEE'S MOTION**
**FOR REVIEW OF FEES PURSUANT TO 11 U.S.C. § 329**

TO THE DEBTOR AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held on the United States Trustee's motion for review of fees pursuant to 11 U.S.C. § 329 at 9:00 a.m. on April 6, 2011, in the United States Bankruptcy Court, Department A, Courtroom 11, 2500 Tulare Street, Fresno, California.

The motion requests that the case be dismissed pursuant to 11 U.S.C. § 329 the fees of Gary S. Fagan, Esq. and Gary Harre be reviewed and ordered disgorged.

Opposition, if any, to the granting of the motion shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the

1

hearing to permit the filing of evidence and briefs.

DATED: March 22, 2011                    Respectfully submitted,


By: ___/s/_____
Mark L. Pope
Attorney for August B. Landis,
Acting United States Trustee

Efiled by Mark L. Pope
Direct phone: 559-487-5002, Ext. 240
E-mail: mark.pope@usdoj.gov