2011-10776
FILED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003503245

1 | ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
2 | 1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
3 | (559) 255-0555

4 | Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-10776-A-7F |
| FAM TR FARRINGTON, | DC No. RHT-1 |
| | **ORDER DISMISSING CHAPTER 7 PROCEEDING** |
| Debtor._____/ | |

The Motion of Robert Hawkins, Chapter 7 Trustee, for an Order to Dismiss Chapter 7 Proceeding came on regularly for continued hearing on May 18, 2011, at 9:00 a.m., before the Honorable Whitney Rimel, United States Bankruptcy Judge. The Court having reviewed the Motion, the file, and the court having stated its findings of fact and conclusions of law on the record, the Court hereby

**ORDERS, ADJUDGES, AND DECREES** that the above Chapter 7 proceeding is dismissed. The Court shall reserve jurisdiction over review and disgorgement of attorney fees.

Dated:

May 19, 2011

*/s/ Whitney Rimel*
United States Bankruptcy Judge

RECEIVED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003503245