2011-10776
FILED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003503338

2

1  MARK L. POPE, #182769
   Assistant United States Trustee
2  GREGORY S. POWELL #182199
   ROBIN TUBESING #26680-49 [Indiana]
3  United States Department of Justice
   Office of the United States Trustee
4  2500 Tulare Street, Suite 1401
   Fresno, CA 93721
5  Telephone:  (559) 487-5002
   Telecopier: (559) 487-5030
6
   Attorneys for August B. Landis,
7  Acting United States Trustee

8

9                  IN THE UNITED STATES BANKRUPTCY COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11                              FRESNO DIVISION

12 In re:                       )   Case No. 11-10776-A-7
                                )   Chapter 7
13 FARRINGTON FAMILY TRUST,     )
                                )   DC No.  UST-1
14                              )
                                )   Date:  May 18, 2011
15                              )   Time:  9:00 a.m.
                                )   Place: U.S. Bankruptcy Court
16              Debtor.         )          2500 Tulare Street, Fifth Floor
                                )          Courtroom 11
17                              )          Fresno, California
                                )   Judge: Whitney Rimel

18             **ORDER DIRECTING DISGORGEMENT OF ATTORNEY FEES**

19         WHEREAS, the United States Trustee's Motion for Review of Fees Pursuant to 11

20 U.S.C. § 329 came on for a continued hearing on May 18, 2011, Robert Hawkins, Esq. appearing

21 as Chapter 7 Trustee, Marshall Moushigian, Esq. appearing specially for Barry Fagan, Esq. and

22 Gary Harre, Esq. of Global Capital Law, and Mark L. Pope appearing for the United States

23 Trustee, and the court having read its findings of fact and conclusions of law on the record:

24 //

25 //

26 //

27 //

28

                                     1

RECEIVED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003503338

IT IS HEREBY ORDERED that Barry Fagan and Garry Harre shall, jointly and severally, disgorge attorney fees of $5,500 to Rene E. Johnson-Farrington and provide proof thereof to the United States Trustee within 15 days from the date of this Order.

Dated: May 19, 2011

*[signature]*
United States Bankruptcy Judge

Efiled by Mark L. Pope
Direct phone: 559-487-5002, Ext. 240
E-mail: mark.pope@usdoj.gov

2