FILED
August 31, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003741093

Attorney Gary Harre
3024 E. Anaheim St.
Long Beach, CA 90804

Gary Fagan
Box 1213
Malibu, Ca. 90265

90265+1213

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK PENTAGON. HOLD UP TO LIGHT FOR VERIFICATION - SEE REVERSE SIDE FOR ADDITIONAL SECURITY FEATURES

2122525

F&M Farmers & Merchants Bank
East Long Beach Office
3140 East Anaheim St.
Long Beach, CA 90804
(562) 621-1400

DATE 8/26/11

PAY TO THE ORDER OF: RENA FARRINGTON***

EXACTLY **5,500 AND 00/100 DOLLARS    $    $5,500.00

**CASHIER'S CHECK**

THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED BEFORE ANY CASHIER'S CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

FARMERS & MERCHANTS BANK
AUTHORIZED SIGNATURE

COMMENT B/K case # 11-10776

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈0002122525⑈ ⑆122011198⑆ 0270050⑈