FILED
September 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003761362

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>FARRINGTON FAMILY TRUST,<br><br><br>Debtor. | Case No. 11-10776-A-7<br>Chapter 7<br>DC No. UST-2<br><br>Date: September 27, 2011<br>Time: 2:30 p.m.<br>Place: U.S. Bankruptcy Court<br>    2500 Tulare Street, Fifth Floor<br>    Courtroom 11<br>    Fresno, California<br>Judge: Whitney Rimel |

**REPLY OF UNITED STATES TRUSTEE TO RESPONSE OF BARRY S. FAGAN TO ORDER TO SHOW CAUSE WHY BARRY S. FAGAN AND GARY HARRE SHOULD NOT BE HELD IN CIVIL CONTEMPT AND BE SUSPENDED FROM FILING PETITIONS IN THIS COURT**

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

    August B. Landis, Acting United States Trustee, respectfully replies to the Response of Barry S. Fagan to Order to Show Cause Why Barry S. Fagan and Gary Harre Should Not Be Held in Civil Contempt and Be Suspended from Filing Petitions in this Court, as follows:

    1. The electronic signature of Barry S. Fagan ("Fagan") appears as attorney of record on the petition, filed January 24, 2011, in this abusive bankruptcy case with a firm name of Global Capital Law, PC.

    2. The address given for Fagan on the petition was 17612 Beach Blvd., Ste. 8.

Huntington Beach, CA 92647.

3. On February 11, 2011, a change of address for Fagan was filed electronically in this case which changed his address to 8700 Warner Ave., Suite 200, Fountain Valley, CA 92780.

4. On March 22, 2011, the United States Trustee served notice of his Motion for Review of Fees on Fagan at his Fountain Valley address on file with this Court and at his address at P.O. Box 1213, Malibu, California 90265 on file at the time, and currently, with the State Bar of California.

5. When the Court took evidence on the United States Trustee's Motion on May 18, 2011, Fagan was either represented by Marshall Moushigian who made a generic "courtesy" appearance for counsel for the debtor, or, having been served with the Motion, Fagan did not appear and did not oppose it.

6. The United States Trustee did not hear from Fagan until a day or 2 after the Court entered its May 19, 2011 Order Directing Disgorgement of Attorney Fees ("the Order") when Fagan telephoned the United States Trustee's Office to contend that he should not have been included in the Order.

7. On August 31, 2011, Fagan emailed to the United States Trustee's Office a copy of a Cashier's Check ("the check") dated August 26, 2011 in the amount of $5,500 drawn on Farmer's and Merchant's Bank made payable to Rena Farrington.

8. On September 8, 2011, Rena Farrington left a telephone message with the Office of the United States Trustee, confirming that she had received and cashed the check.

## Conclusion

WHEREFORE, in that the Court's Disgorgement Order has now been complied with, the United States Trustee does not oppose the discharge of the Order to Show Cause.

DATED: September 12, 2011                Respectfully submitted,

By:     /s/ Mark L. Pope
Mark L. Pope
Attorney for August B. Landis,
Acting United States Trustee
Direct phone: 559-487-5002 x240
E-mail: mark.popel@usdoj.gov

2