FILED
September 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003761365

2

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 11-10776-A-7 |
| | Chapter 7 |
| FARRINGTON FAMILY TRUST, | DC No. UST-2 |
| | |
| | Date: September 27, 2011 |
| | Time: 2:30 p.m. |
| Debtor. | Place: U.S. Bankruptcy Court |
| | 2500 Tulare Street, Fifth Floor |
| | Courtroom 11 |
| | Fresno, California |
| | Judge: Whitney Rimel |

**DECLARATION OF MARK L. POPE IN SUPPORT OF REPLY OF UNITED STATES TRUSTEE TO RESPONSE OF BARRY S. FAGAN TO ORDER TO SHOW CAUSE WHY BARRY S. FAGAN AND GARY HARRE SHOULD NOT BE HELD IN CIVIL CONTEMPT AND BE SUSPENDED FROM FILING PETITIONS IN THIS COURT**

I, Mark L. Pope, am the Assistant United States Trustee in the Fresno Office of the United States Trustee and am assigned to the above-referenced case.

1. I caused a copy of the Petition in this case to be printed from PACER. A copy is attached as Exhibit 1.

2. The electronic signature of Barry S. Fagan ("Fagan") appears as attorney of record on the petition, filed January 24, 2011 in this case with a firm name of Global Capital Law, PC. Exhibit 1.

////

1

3. The address given for Fagan on the petition was 17612 Beach Blvd., Ste. 8, Huntington Beach, CA 92647. Exhibit 1.

4. I caused the Court's Docket in this case to be printed from PACER. A copy is attached as Exhibit 2.

5. On February 11, 2011, a change of address for Fagan was filed electronically in this case which changed his address to 8700 Warner Ave., Suite 200, Fountain Valley, CA 92780. Exhibit 2.

6. I caused a copy of the United States Trustee's March 22, 2011 Proof of Service of his Motion for Review of Fees to be printed from PACER. A copy is attached as Exhibit 3.

7. On March 22, 2011, the United States Trustee served notice of his Motion for Review of Fees on Fagan at his Fountain Valley address on file with this Court and at his address at P.O. Box 1213, Malibu, California 90265 on file at the time, and currently, with the State Bar of California. Exhibit 3.

8. A day or 2 after the Court entered its May 19, 2011 Order Directing Disgorgement of Attorney Fees ("the Order"), I received a telephone call from Fagan who said, essentially, that he should not have been included in the Order.

9. On August 31, 2011, I received an email from Fagan with a copy of a Cashier's Check ("the check") dated August 26, 2011 in the amount of $5,500 drawn on Farmer's and Merchant's Bank made payable to Rena Farrington.

10. On September 8, 2011, I received a telephone message from Rena Farrington confirming that she had received and cashed the check.

I declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury, and if called to testify thereon as a witness, would be competent to so testify.

Dated: September 12, 2011 at Fresno, California.

By: _____/s/ Mark L. Pope_____
      Mark L. Pope

E-filed by: Mark L. Pope
Direct phone: 559-487-5002, Ex. 240
E-mail: mark.pope@usdoj.gov