FILED
SEP 15 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

FAM TR FARRINGTON

        Debtor.

_____/

Case No. 11-10776-A-7F
DC No. UST-2

ORDER SEALING ATTORNEY GARY HARRE'S RESPONSE TO THE UNITED STATES TRUSTEE'S EX PARTE MOTION FOR ORDER TO SHOW CAUSE WHY BARRY S. FAGIN AND GARY HARRE SHOULD NOT BE HELD IN CONTEMPT AND BE SUSPENDED FROM FILING PETITIONS IN THIS COURT

On September 14, 2011, attorney Gary Harre filed an ex parte motion to "file response to Trustee's motion and to answer order to show cause under seal <u>unredacted</u> private information due to attorney client priviledged docuements [sic] and other personal documents." The document Mr. Harre wishes to seal is entitled "Attorney Gary Harre's Response to the United States Trustee's Ex Parte Motion for Order to Show Cause Why Barry S. Fagin and Gary Harre Should Not Be Held In Contempt and Be Suspended from Filing Petitions in this Court," which document was received in chambers on September 12, 2011.

It appearing that information contained in the Response contains unredacted attorney client privileged documents which should not be part of the public record, Mr. Harre's motion is granted, and the Response may be filed under seal.

Dated:

Sep 15, 2011

_____
United States Bankruptcy Judge

1

78