Case #  11-10776 _____

Adv # _____

FILED

**09/12/11**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED RECORD

Pursuant to order, this document has been sealed and is not available for viewing without further order of the Court.

# DOCUMENT # 79____

EDC 2-910 (01/27/00)